346

Michael James TANNER *v.* STATE of Arkansas

CR 94-1261                                      891 S.W.2d 59

Supreme Court of Arkansas
Opinion delivered January 23, 1995

*Hatfield & Lassiter,* by: *Jack T. Lassiter* and *Kenneth E. Suggs,* for appellant.

No response.

PER CURIAM. In accordance with our per curiam delivered on December 5, 1994, trial counsel accepts responsibility for failing to file a timely appeal in this cause. Therefore, we grant Tanner's motion for rule on the clerk and direct the clerk to forward a copy of the court's opinion to the Committee on Professional Conduct.